Christina Kunzet, administratrix, and Peter Kunze, co-administrator of the estate of Peter Kunzet, deceased, appellees, v. Metropolitan Life Insurance Company, appellant. Gen. No. 38,183.

Opinion filed November 20, 1935.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Edward L. S. Arkema, for appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. John S. Rusch, defendant in error, v. Betty Fabish et al., plaintiffs in error. Gen. No. 37,505.

Opinion filed November 20, 1935.

Stephen A. Malato, for plaintiffs in error. Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Byrne Brothers Construction Company, Inc., appellee, v. The Sanitary District of Chicago, appellant. Gen. No. 37,612.

Opinion filed November 20, 1935.

William Rothmann, Elmer J. Whitty, Lawrence J. Fenlon, Thomas F. Donovan and William O. Oehlsen, for appellant. John L. McInerney, for appellee; Edward H. Murnane, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Peter L. Evans et al., appellants, v. Tony Mattio et al., appellees. Sam Sier, appellee, v. Tony Mattio et al., appellees. Gen. No. 37,634.

Opinion filed November 12, 1935.

Harry A. Carlson, for appellants. William Sproger, for appellee Sam Sier.

Mr. Justice Hebel delivered the opinion of the court.